# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DUKE HUBBARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 07-cv-822-MJR |
| | ) |
| **DR. ASUNCION R. COPE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court *sua sponte*. On June 11, 2008, this Court issued its Memorandum and Order dismissing Plaintiff's complaint pursuant to 28 U.S.C. § 1915A (Doc. 9). It has come to the Court's attention that the text of footnote 4 on page 3 of that Memorandum and Order was inadvertently deleted. Accordingly, the Memorandum and Order dated June 11, 2008, (Doc. 9) is **VACATED**. A corrected version of the Memorandum and Order will be entered in its place.

**IT IS SO ORDERED.**

**DATED this 27th day of June, 2008.**

                                                  **s/ Michael J. Reagan**
                                                **MICHAEL J. REAGAN**
                                                **United States District Judge**